## PEOPLE'S BANK *v.* JAMES A. MILLER, JR., ET AL.
## (14851)

Foti, Heiman and Schaller, Js.

Argued February 29—decision released March 26, 1996

*James A. Miller, Jr.*, pro se, with whom, on the brief, was *Joyce R. Miller*, pro se, the appellants (named defendant et al.).

*David Doyle*, with whom, on the brief, was *Mary E. Wexler*, for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.